IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14 cr 04

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DALLAS CRAIG ARCH. ) | |
| ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Withdraw as Counsel of Record (#5) filed by Fredilyn Sison. It appears from the motion that the undersigned appointed Ms. Sison to represent the Defendant and the Defendant has now privately retained counsel, that being Mr. Kris Williams. Mr. Williams has made a general appearance before the undersigned in this matter. It thus appears that good cause has been shown for the granting of the motion.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion to Withdraw as Counsel of Record (#5) is hereby **ALLOWED** and Fredilyn Sison is allowed to withdraw as counsel of record for the Defendant.

Signed: July 9, 2014

Dennis L. Howell
United States Magistrate Judge

1